IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAE SYSTEMS AIRCRAFT CONTROLS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ECLIPSE AVIATION CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-158 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)

IT IS HEREBY STIPULATED by Plaintiff BAE Systems Aircraft Controls Incorporated and Defendant Eclipse Aviation Corporation, pursuant to Fed. R. Civ. P. 41(a)(1), that the Complaint in the above-captioned matter is hereby dismissed with prejudice, each side to bear its own attorneys' fees and costs.

Dated: September 6, 2005

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

_____
William M. Kelleher (#3961)
919 North Market Street
12th Floor
Wilmington, DE 19801
Tel: (302) 252-4465

Attorneys *for Plaintiff*
*BAE Systems Aircraft Controls Inc.*

Dated: September 6, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Mary B. Graham (#2256)
1201 N. Market Street
18th Floor
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant*
*Eclipse Aviation Corporation*

481456