CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00158-SLR
### Internal Use Only

Bae Systems Aircraft v. Eclipse Aviation  
Assigned to: Honorable Sue L. Robinson  
Demand: $0  
Cause: 17:501 Copyright Infringement  

Date Filed: 03/12/2004  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

**Plaintiff**

**Bae Systems Aircraft Controls Incorporated**  
*a Delaware corporation*

represented by **William M. Kelleher**  
Ballard, Spahr, Andrews & Ingersoll, LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801-3034  
(302) 252-4465  
Email: kelleherw@ballardspahr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eclipse Aviation Corporation**  
*a Delaware corporation*

represented by **Mary B. Graham**  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
Email: mbgefiling@mnat.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2004 | 1 | SEALED COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 135856 (dab) Modified on 03/31/2004 (Entered: 03/15/2004) |
| 03/12/2004 | 2 | Disclosure Statement pursuant to Rule 7.1 by Bae Systems Aircraft (dab) (Entered: 03/15/2004) |
| 03/12/2004 |  | SUMMONS(ES) issued for Eclipse Aviation (dab) (Entered: 03/15/2004) |

| | | |
|---|---|---|
| 03/12/2004 | 3 | MOTION by Bae Systems Aircraft with Proposed Order for Preliminary Injunction Answer Brief due 3/26/04 re: [3-1] motion (dab) (Entered: 03/15/2004) |
| 03/12/2004 | 4 | SEALED MEMORANDUM of Law by Bae Systems Aircraft in support of [3-1] motion for Preliminary Injunction (dab) Modified on 03/31/2004 (Entered: 03/15/2004) |
| 03/12/2004 | 5 | Compendium of Unpublished Cases and Other Authorities cited in Memorandum of Law in Support of Motion of Bae Systems Aircraft Controls Inc. (dab) (Entered: 03/15/2004) |
| 03/12/2004 | 6 | MOTION by Bae Systems Aircraft with Proposed Order for Expediting Discovery in Connection with Motion for Preliminary Injunction (dab) (Entered: 03/15/2004) |
| 03/12/2004 | 7 | MEMORANDUM of Law by Bae Systems Aircraft in support of [6-1] motion for Expediting Discovery in Connection with Motion for Preliminary Injunction (dab) (Entered: 03/15/2004) |
| 03/17/2004 | 8 | MOTION by Eclipse Aviation with Proposed Order to Seal DI #1 & 4 and to advise Parcels Inc. of the sealing (maw) (Entered: 03/17/2004) |
| 03/17/2004 | | **Added for Eclipse Aviation attorney Mary B. Graham (maw) (Entered: 03/17/2004) |
| 03/17/2004 | 9 | Letter to Clerk of the Court from William M. Kelleher re: assignment to duty judge and filing of Bae System's papers under seal (dab) (Entered: 03/18/2004) |
| 03/18/2004 | 10 | ORDER granting [8-1] motion to Seal DI #1 & 4 and to advise Parcels Inc. of the sealing ( signed by Judge Kent A. Jordan ) copies to: counsel and Parcels (rbe) (Entered: 03/18/2004) |
| 03/18/2004 | 11 | RETURN OF SERVICE executed as to Eclipse Aviation 3/12/04 Answer due on 4/1/04 for Eclipse Aviation (dab) (Entered: 03/18/2004) |
| 03/18/2004 | | re: Letter to Court dated 3/17/04 (D.I. #9), requesting duty matter handling of Motions for Preliminary Injunction and Discovery: Matters were presented to Judge Jordan; counsel requested to contact the assigned Judge upon assignment of case on or after 3/25/04 regarding these pending matters; counsel advised. (rbe) Modified on 03/18/2004 (Entered: 03/18/2004) |
| 03/24/2004 | 12 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 03/24/2004) |
| 03/25/2004 | 13 | MOTION by Eclipse Aviation to Dismiss , or, in the alternative, to Stay Answer Brief due 4/8/04 re: [13-1] motion, Answer Brief due 4/8/04 re: [13-2] motion (fmt) (Entered: 03/26/2004) |
| 03/25/2004 | 14 | SEALED COMBINED Opening Brief Filed by Eclipse Aviation [13-1] motion to Dismiss, [13-2] motion to Stay AND Answering Brief in Opposition to BAE's Motion for Expedited Discovery (fmt) (Entered: |

| | | |
|---|---|---|
| | | 03/26/2004) |
| 03/25/2004 | | SEALED 2nd Part of D.I. # 14; Answer Brief Filed by Eclipse Aviation [6-1] motion for Expediting Discovery in Connection with Motion for Preliminary Injunction - Reply Brief due 4/1/04; SEE D.I. # 14 for this document (fmt) (Entered: 03/26/2004) |
| 03/25/2004 | 15 | SEALED Appendix to Brief Filed by Eclipse Aviation Appending [14-1] answer brief, [14-1] opening brief (fmt) (Entered: 03/26/2004) |
| 03/25/2004 | 16 | Compendium of Unpublished Authorities Cited in D.I. # 14 Filed by Eclipse Aviation (fmt) (Entered: 03/26/2004) |
| 03/25/2004 | 17 | Letter to Judge Robinson from W. Kelleher enclosing D.I. # 18 (fmt) (Entered: 04/01/2004) |
| 03/25/2004 | 18 | SEALED (BY COURT ORDER) MEMORANDUM by Bae Systems Aircraft in opposition to the Sealing of Its Complaint and Memorandum in Support of its Motion for Preliminary Injunction (fmt) Modified on 04/02/2004 (Entered: 04/01/2004) |
| 03/26/2004 | 19 | MOTION by Eclipse Aviation to Transfer Case Answer Brief due 4/9/04 re: [19-1] motion (fmt) (Entered: 04/01/2004) |
| 03/26/2004 | 20 | Opening Brief Filed by Eclipse Aviation [19-1] motion to Transfer Case (fmt) (Entered: 04/01/2004) |
| 03/30/2004 | 21 | MOTION by Eclipse Aviation with Proposed Order to Extend Time Answer Brief due 4/13/04 re: [21-1] motion (fmt) (Entered: 04/01/2004) |
| 03/30/2004 | 22 | SEALED (BY COURT ORDER) Response by Eclipse Aviation to [18-1] BAE's "Opposition" Re Sealing of Certain Documents (fmt) Modified on 04/02/2004 (Entered: 04/01/2004) |
| 04/01/2004 | 23 | ORDER, Docket items 1 and 4 shall remain sealed until the court determines with more particularity what issues are truly in dispute and relevant to the instant controversy; parties' responses to Judge Jordan's 3/18/04 order shall be docketed and filed under seal pending further order of the court; set Telephone Conference for 9:00 4/8/04 concerning the management of all the outstanding motions ( signed by Judge Sue L. Robinson ) copies to: cnsl (fmt) (Entered: 04/01/2004) |
| 04/01/2004 | 24 | Emergency MOTION by Bae Systems Aircraft with Proposed Order to Strike Eclipse's "For Attorneys' Eyes Only" Designation for its Own Motion to Dismiss , or, in the Alternative, to Stay This Proceeding Answer Brief due 4/15/04 re: [24-1] motion, Answer Brief due 4/15/04 re: [24-2] motion (fmt) (Entered: 04/02/2004) |
| 04/01/2004 | 25 | Opening Brief Filed by Bae Systems Aircraft [24-1] motion to Strike Eclipse's "For Attorneys' Eyes Only" Designation for its Own Motion to Dismiss, [24-2] motion to Stay This Proceeding (fmt) (Entered: 04/02/2004) |
| 04/01/2004 | 26 | Reply Brief Filed by Bae Systems Aircraft [6-1] motion for Expediting |

| | | |
|---|---|---|
| | | Discovery in Connection with Motion for Preliminary Injunction (fmt) (Entered: 04/02/2004) |
| 04/01/2004 | 27 | Compendium of Unpublished Cases and Other Authorities Cited in [26-1] reply brief (fmt) (Entered: 04/02/2004) |
| 04/02/2004 | 28 | MOTION by Eclipse Aviation with Proposed Order for Charles E. Elder and David A. Schwarz to Appear Pro Hac Vice (fmt) (Entered: 04/02/2004) |
| 04/02/2004 | 29 | Response Filed by Eclipse Aviation [24-1] emergency motion to Strike Eclipse's "For Attorneys' Eyes Only" Designation for its Own Motion to Dismiss - Reply Brief due 4/9/04 (fmt) (Entered: 04/05/2004) |
| 04/05/2004 | | So Ordered granting [28-1] motion for Charles E. Elder and David A. Schwarz to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/05/2004) |
| 04/05/2004 | 30 | MOTION by Bae Systems Aircraft with Proposed Order for Susan G. Lowenstam, David H. Pittinsky, Walter M. Einhorn, Jr., Robert R. Baron, Jr. and Jeffrey P. Curry to Appear Pro Hac Vice (fmt) (Entered: 04/05/2004) |
| 04/05/2004 | | So Ordered granting [30-1] motion for Susan G. Lowenstam, David H. Pittinsky, Walter M. Einhorn, Jr., Robert R. Baron, Jr. and Jeffrey P. Curry to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/06/2004) |
| 04/07/2004 | 31 | MOTION by Bae Systems Aircraft with Proposed Order to Extend Time Answer Brief due 4/21/04 re: [31-1] motion (fmt) (Entered: 04/08/2004) |
| 04/08/2004 | | Tele-conference held; Judge Robinson presiding; crt. rptr. B. Gaffigan present; re case status (rld) (Entered: 04/08/2004) |
| 04/08/2004 | 32 | Steno Notes for 4/8/04 Telephone Conference; Judge Robinson presiding; Court Rptr. B. Gaffigan (fmt) (Entered: 04/08/2004) |
| 04/08/2004 | 33 | TRANSCRIPT filed [0-0] telephone conference for dates of 4/8/04; Judge Robinson presiding; Court Rptr. B. Gaffigan (fmt) (Entered: 04/08/2004) |
| 04/08/2004 | 34 | SEALED (BY 4/1/04 COURT ORDER) RESPONSE by Bae Systems Aircraft to Submission Pursuant to 3/18/04 Order Requiring the Identification of Materials to be Redacted (fmt) Modified on 04/13/2004 (Entered: 04/13/2004) |
| 04/09/2004 | 35 | Answer Brief Filed by Bae Systems Aircraft [19-1] motion to Transfer Case - Reply Brief due 4/16/04 (fmt) (Entered: 04/13/2004) |
| 04/09/2004 | 36 | Compendium of Unpublished Cases Cited in [35-1] Brief Filed by Bae Systems Aircraft (fmt) (Entered: 04/13/2004) |
| 04/12/2004 | | **Terminated deadlines (rld) (Entered: 04/12/2004) |
| 04/12/2004 | 37 | SEALED (Per 4/1/04 Court Order) Submission Pursuant to March 18, |

| | | |
|---|---|---|
| | | 2004 Order Requiring the Identification Materials to Be Redacted by Eclipse Aviation (fmt) Modified on 04/13/2004 (Entered: 04/13/2004) |
| 04/22/2004 | | **Terminated deadlines (rld) (Entered: 04/22/2004) |
| 05/13/2004 | | So Ordered granting [21-1] motion to Extend Time; Eclipse's answering brief and supporting declarations in opposition to pltf.'s motion for preliminary injunction are not due until further action by the court ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 05/13/2004) |
| 05/13/2004 | | So Ordered granting [31-1] motion to Extend Time for ptlf. to respond to deft.'s motion to stay or dismiss this action until 4/15/04( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 05/13/2004) |
| 05/13/2004 | | Status conference held via teleconference; Judge Robinson presiding; crt. rptr. V. Gunning present. (rld) (Entered: 05/14/2004) |
| 05/13/2004 | | Mooting [6-1] motion for Expediting Discovery in Connection with Motion for Preliminary Injunction, mooting [3-1] motion for Preliminary Injunction Per teleconferences held on 4/8/04 and 5/13/04; see transcripts for details. (rld) (Entered: 09/29/2004) |
| 05/25/2004 | 38 | STIPULATION with proposed order re briefing schedules (fmt) (Entered: 05/25/2004) |
| 05/25/2004 | 39 | TRANSCRIPT filed telephone conference for dates of 5/13/04; Judge Robinson presiding; Court Rptr. V. Gunning (fmt) (Entered: 05/25/2004) |
| 05/26/2004 | | So Ordered granting [38-1] stipulation reset Answer Brief Deadline to 5/28/04 re: [13-1] motion to Dismiss, 5/28/04 re: [13-2] motion to Stay , and reset Reply Brief Deadline to 6/14/04 re: [13-1] motion to Dismiss, 6/14/04 re: [13-2] motion to Stay , and reset Reply Brief Deadline to 5/28/04 re: [19-1] motion to Transfer Case SEE Order for further details ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 05/26/2004) |
| 05/28/2004 | 40 | SEALED Answer Brief Filed by Bae Systems Aircraft [13-1] motion to Dismiss - Reply Brief due 6/14/04, [13-2] motion to Stay - Reply Brief due 6/14/04 (fmt) Modified on 06/10/2004 (Entered: 06/01/2004) |
| 05/28/2004 | 41 | Compendium of Unpublished Cases Cited in [40-1] answer brief by BAE Systems Aircraft (fmt) (Entered: 06/01/2004) |
| 05/28/2004 | 42 | Reply Brief Filed by Eclipse Aviation [19-1] motion to Transfer Case (fmt) (Entered: 06/01/2004) |
| 06/07/2004 | 43 | Letter to Judge Robinson from W. Kelleher re D.I. # 40; deft's counsel requested that pltf.'s counsel arrange for the Brief to be sealed; pltf. does not agree that the Brief should be sealed; pltf. consents to the sealing of the brief until a decision is rendered on the confidentiality dispute; enclosing 2 envelopes and copies of the cover page of the Brief to be used in sealing the Brief (fmt) (Entered: 06/08/2004) |
| | | |

| | | |
|---|---|---|
| 06/15/2004 | 44 | SEALED Reply Brief Filed by Eclipse Aviation [13-1] motion to Dismiss, [13-2] motion to Stay (fmt) (Entered: 06/16/2004) |
| 11/10/2004 | 45 | MEMORANDUM OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 11/10/2004) |
| 11/10/2004 | 46 | ORDER granting [24-1] motion to Strike Eclipse's "For Attorneys' Eyes Only" Designation for its Own Motion to Dismiss, denying [19-1] motion to Transfer Case, granting [13-2] motion to Stay denying [6-1] motion for Expediting Discovery in Connection with Motion for Preliminary Injunction; denying as moot pltf.'s motion for a preliminary injunction ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 11/10/2004) |
| 11/10/2004 | | Mooting [24-2] motion to Stay This Proceeding, mooting [13-1] motion to Dismiss per Court's Order of 11/10/04, D.I. 46. (rld) (Entered: 11/10/2004) |
| 11/10/2004 | | ***Set/Clear Flags (rld, ) (Entered: 03/07/2005) |
| 09/06/2005 | 47 | STIPULATION of Dismissal *Under Rule 41(a)(1)* by Bae Systems Aircraft Controls Incorporated, Eclipse Aviation Corporation. (Graham, Mary) (Entered: 09/06/2005) |
| 09/07/2005 | | CASE CLOSED (rld, ) (Entered: 09/07/2005) |
| 09/07/2005 | | ***Set/Clear Flags (rld, ) (Entered: 09/07/2005) |