OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

William M. Kelleher
Ballard, Spahr, Andrews & Ingersoll, LLP
919 North Market Street
Wilmington, DE 19801-3034
(302) 252-4465
Email:kelleherw@ballardspahr.com

RE: **Bae Systems Aircraft Controls Incorporated, v. Eclipse Aviation Corporation.**
Civ. No.: 04-158 SLR

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   1, 4, 18, 34, and 40.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on 8/18/06.

_Signature_